# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA IN THE
INTEREST OF D.H.

NO. 2024 KW 1070

**NOVEMBER 6, 2024**

---

In Re:    D.H., applying for supervisory writs, Juvenile Court for
the City Court of Hammond, Parish of Tangipahoa, No.
2024JD84.

---

**BEFORE:    THERIOT, CHUTZ, AND HESTER, JJ.**

**WRIT DENIED ON THE SHOWING MADE.** Relator failed to include a
copy of the transcript of the October 16, 2024 proceeding.
Supplementation of this writ application and/or an application for
rehearing will not be considered. See Uniform Rules of Louisiana
Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects
to file a new application with this court, the application shall
be filed on or before November 8, 2024, and should include the
entire contents of this application, the missing items, and a copy
of this ruling.

MRT
WRC
CHH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT